## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CHRISTOPHER JACKSON,<br><br>     Plaintiff,<br><br>  v.<br><br>SHELTERLOGIC CORP.,<br><br>     Defendant. | Civil Action No. 1:25-cv-10040 |

## STIPULATION FOR DISMISSAL

Plaintiff, Christopher Jackson, and Defendant, Shelterlogic Corp., by and through their undersigned counsel, hereby stipulate that this action shall be DISMISSED, with prejudice, as between all parties, and, each party shall bear their own costs and fees, including attorneys' fees, incurred in connection with this action.

Dated: December 19, 2025

NYE STIRLING, HALE,
MILLER, AND SWEET, LLP

By: */s/ Benjamin J. Sweet*
Benjamin J. Sweet
101 Pennsylvania Boulevard, Suite 2
Pittsburgh, PA 15228
Telephone: 412-742-0631

*Attorneys for Plaintiff*

LIPE LYONS MURPHY NAHRSTADT &
PONTIKIS, LTD.

By: */s/ Rachel Sommer Wayne*
Rachel Sommer Wayne
230 W. Monroe Street, Suite 2260
Chicago, Illinois 60606
Telephone: (312) 361-1946

*Attorneys for Defendant*

-2-

## **CERTIFICATE OF SERVICE**

I, Benjamin J.  Sweet, hereby certify that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to non-registered participants this December 19, 2025.

*/s/ Benjamin J.  Sweet*
Benjamin J.  Sweet