**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Chris Jackson

               Plaintiff,

v.
                                      Case No.: 1:25–cv–10040
                                      Honorable Elaine E. Bucklo

Shelterlogic Corp.

               Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, January 23, 2026:

      MINUTE entry before the Honorable Elaine E. Bucklo: A stipulation for dismissal has been filed. This case is dismissed with prejudice, with each party bearing its own attorneys' fees and costs. All pending dates and motions are terminated as moot. Civil case terminated. Mailed notice. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.